IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

KELLY D. FANTI, individually and
t/d/b/a KELLY'S AUTO TAG SERVICE,

    Plaintiff,

    v.

RICHARD WEINSTOCK, *et al.*,

    Defendants.

3:11-CV-01077
(JUDGE MARIANI)

## ORDER

AND NOW, THIS 3rd DAY OF November, 2014, upon consideration of the parties' Cross-Motions for Summary Judgment (Docs. 30; 37), **IT IS HEREBY ORDERED THAT**:

1. Plaintiff's Motion for Summary Judgment (Doc. 30) is **DENIED**.

2. Defendants' Motion for Summary Judgment (Doc. 37) is **GRANTED**.

3. Judgment is **HEREBY ENTERED** on behalf of the Defendants.

4. The Clerk of Court is **DIRECTED** to close the case.

Robert D. Mariani
United States District Judge